UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

KEVIN OMAR HARPER,

        Plaintiff,

v.                                              Case No. 20-cv-0875-bhl

MICHAEL GIESE, et al.,

        Defendants.

## ORDER

Plaintiff Kevin Omar Harper, who is serving a state prison sentence at the Green Bay Correctional Institution and representing himself, is proceeding on a First Amendment claim based on allegations that Defendants censored and/or punished him for complaining about staff and conditions at the Waukesha County Jail in a series of newsletters he wrote. On May 12, 2021, the Court concluded that an evidentiary hearing was necessary to resolve questions of fact regarding whether Harper exhausted the available administrative remedies before he initiated this lawsuit. Dkt. No. 54 at 6. The hearing is set for June 1, 2021 at 9 a.m. via Zoom.

To facilitate the hearing, the Court **ORDERS** that no later than **May 27, 2021,** the parties must file lists of all exhibits and all witnesses they intend to introduce or call at the hearing. If a party identifies as an exhibit a document that was previously filed, the party may identify where on the docket the document appears. If a party identifies as an exhibit a document that has *not* been previously filed, the party must provide the Court and the opposing party with a copy of the document at the time it files its list of exhibits and witnesses. As a courtesy, the Court will provide Harper with a copy of the docket.

Dated at Milwaukee, Wisconsin this 14th day of May, 2021.

                                        BY THE COURT:

                                        s/ *Brett H. Ludwig*

                                        BRETT H. LUDWIG
                                        United States District Judge